**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Fax: (718) 504-7555
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the
representative of a class of similarly situated persons,

                                               Case No.   17-cv-5594-JBW-CLP

               Plaintiff,

        - against -

GIDDON ENTERPRISES, INC. d/b/a ROTHMAN'S,

               Defendant.
--------------------------------------------------------X

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP

41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice, of the above-

referenced matter against Giddon Enterprises, Inc. d/b/a Rothman's.  No Answer has been filed

in this case.

Dated: Brooklyn, New York
       November 17, 2017

                               SHAKED LAW GOUP, P.C.
                               Attorneys for Plaintiff

                       By:*/s/Dan Shaked*_____
                        Dan Shaked (DS-3331)
                        44 Court St., Suite 1217
                        Brooklyn, NY 11201
                        Tel. (917) 373-9128
                        Fax (718) 704-7555
                        e-mail: ShakedLawGroup@Gmail.com